

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00137-CR

DAVID FRESCAS GONZALEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court No. 1364377D

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

David Frescas Gonzalez, the appellant, was convicted of continuous sexual abuse of a child under fourteen years of age and was sentenced to twenty-five years' imprisonment. Gonzalez' court-appointed appellate counsel, Kenneth R. Gordon, filed an *Anders*[1] brief on October 21, 2016. On October 31, 2016, Gonzalez filed a pro se motion for access to the appellate record. Under *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are required to enter an order specifying the procedures to be followed to ensure Gonzalez' access to the record. This order is intended to accomplish that goal.

Gordon has advised this Court that he did not maintain a copy of either the clerk's or the reporter's record in Gonzalez' case. Because Gordon does not have a copy of the appellate record, this Court will provide a complete paper copy of the appellate record in this matter to Gonzalez as an enclosure to the correspondence forwarding Gonzalez a copy of this order.

Gonzalez' pro se response to Gordon's *Anders* brief will be due to be filed in this Court forty-five days from the date of this order, or no later than December 23, 2016.

IT IS SO ORDERED.

BY THE COURT

Date: November 8, 2016

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).